1
2
3
4          UNITED STATES DISTRICT COURT
5              DISTRICT OF NEVADA
6                    * * *

7    ALYSIA WRENN,                          Case No. 2:23-cv-00710-CDS-EJY

8              Plaintiff,                    Case No. 2:23-cv-00824-RFB-DJA

9        v.                                  **CONSOLIDATION ORDER**

10   HANKINS PLASTIC SURGERY
     ASSOCIATES, P.C., *et al.*,
11
                Defendants.
12

13
     JENNIFER TAUSINGA,
14
                Plaintiff,
15
         v.
16
     HANKINS & SOHN PLASTIC SURGERY
17   ASSOCIATES, *et al.*,

18              Defendants.

19
20
21   **I.    ORDER CONSOLIDATING CASES**

22        On May 5, 2023, Defendants Hankins Plastic Surgery Associates, P.C. dba Hankins &

23   Sohn Plastic Surgery Associates, Samuel M. Sohn, and Warren Tracy Hankins removed Case 2:23-

24   cv-00710-CDS-EJY to this District Court before the Honorable Cristina D. Silva. Plaintiff Alysia

25   Wrenn had filed the case in state court on April 5, 2023. Separately, Defendant Hankins Plastic

26   Surgery Associates, P.C. removed Case 2:23-cv-00824-RFB-DJA to this Court on May 25, 2023.

27   Plaintiff Jennifer Tausinga had filed the case in state court on March 30, 2023.

28        In both cases, Plaintiffs' proposed class actions allege that Defendants failed to, <u>inter alia,</u>

1   protect their customers' accounts from unauthorized access by third parties. The cases name the

2   same defendants, arise from the same events, and assert overlapping claims and putative classes.

3         Pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 42-1(b), district courts

4   have the authority to consolidate cases involving common questions of law or fact. On July 28,

5   2023, the parties filed a stipulation to consolidate these cases pursuant to Federal Rule of Civil

6   Procedure 42(a) and Local Rule 42-1. <u>See</u> 2:23-cv-00710-CDS-EJY, ECF No. 14; 2:23-cv-00824-

7   RFB-DJA, ECF No. 13. The undersigned district judges presiding over these cases have reviewed

8   the record of both cases and find that the subject matter of, and parties to, the cases substantially

9   overlap. The undersigned district judges further find that judicial economy will be served by

10   transferring both cases to a single District Court Judge and Magistrate Judge.

11

12   **II.    CONCLUSION**

13         **IT IS ORDERED** that the above-referenced cases shall be consolidated.

14         **IT IS FURTHER ORDERED** that the parties' Stipulations to Consolidate (2:23-cv-

15   00710-CDS-EJY, ECF No. 14, and 2:23-cv-00824-RFB-DJA, ECF No. 13) are **GRANTED**.

16   Cases 2:23-cv-00710-CDS-EJY and 2:23-cv-00824-RFB-DJA are consolidated, with Case 2:23-

17   cv-00824-RFB-DJA serving as the lead case. Further, all future filings in these cases shall be filed

18   in the lead case. All future filings in these cases shall be filed in the lead case bearing the following

19   caption: In re HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba HANKINS & SOHN

20   PLASTIC SURGERY ASSOCIATES, Lead Case No. 2:23-cv-00824-RFB-DJA. The case file for

21   the Consolidated Action will be maintained under Master file No. 2:23-cv-00824-RFB-DJA.

22         When a pleading is intended to apply to all actions to which this Order applies, the words

23   "All Actions" shall appear immediately after the words "This Document Relates To:" in the

24   caption described above. When a pleading is not intended to apply to all actions, the docket number

25   for each individual action to which the paper is intended to apply and the last name of the first-

26   named plaintiff in said action shall appear immediately after the words "This Document Relates

27   To:" in the caption identified above, for example, "2:23-cv-00710-CDS-EJY, (Wrenn)."

28         Any action subsequently filed, transferred, or removed to this Court that arises out of the

1    same or similar operative facts as the Consolidated Action will be consolidated with the
2    Consolidated Action for pre-trial purposes. The parties shall file a Notice of Related Action
3    pursuant to Local Rule 42-1 whenever a case that should be consolidated into this action is filed
4    in, or transferred to, this District.

5        If the Court determines that the case is related, the clerk shall: a.) Place a copy of this Order
6    in the separate file for such action; b.) Serve on Plaintiffs' counsel in the new case a copy of this
7    Order; c.) Direct that this Order be served upon defendants in the new case; and d.) Make the
8    appropriate entry in the Master Docket.

9        **IT IS FURTHER ORDERED** that the Motions to Consolidate Cases (ECF Nos. 9) filed
10   in both actions are **DENIED** as moot. <u>See</u> 2:23-cv-00710-CDS-EJY, ECF No. 9; 2:23-cv-00824-
11   RFB-DJA, ECF No. 9.

12       **IT IS FURTHER ORDERED** that Plaintiffs shall file a consolidated Complaint no later
13   than **thirty (30) days** following entry of this Order. Defendants shall have **sixty (60) days** from
14   the filing of the consolidated Complaint in which to respond. Parties will have **sixty (60) days**
15   from the filing of the Defendants' response to the consolidated Complaint to submit a stipulated
16   discovery plan and scheduling order as required by Federal Rule of Civil Procedure 26(f) and
17   Local Rule 26-1.

18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

**IT IS FURTHER ORDERED** that the Motions to Dismiss (ECF Nos. 12) filed in both actions are **DENIED** as moot. See 2:23-cv-00710-CDS-EJY, ECF No. 12; 2:23-cv-00824-RFB-DJA, ECF No. 12.  The Proposed STIPULATION FOR EXTENSION OF TIME (Second Request) (ECF No. 16) in Case 2:23-cv-00710-CDS-EJY is **DENIED** as moot. THE STIPULATION FOR EXTENSION OF TIME (First Request) (ECF No. 14) and the STIPULATION FOR EXTENSION OF TIME (Second Request) (ECF No. 15) in Case 2:23-cv-00824-RFB-DJA are **DENIED** as moot.

**DATED:** August 14, 2023

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

_____
**CRISTINA D. SILVA**
**UNITED STATES DISTRICT JUDGE**