GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4142
gschnitzer@ksjattorneys.com
*Attorneys for Defendants*
*HANKINS PLASTIC SURGERY ASSOCIATES, P.C.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba ; HANKINS & SOHN PLASTIC SURGERY ASSOCIATES<br><br>This Document Relates to: All Actions | Master File No.: 2:23-cv-00824-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE AND SERVE THEIR REPLY TO THE OPPOSITION TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendants HANKINS & SOHN PLASTIC SURGERY ASSOCIATES dba Hankins Plastic Surgery Associates, P.C., (collectively, "Defendants" or "the Practice"), by and through their counsel of record, KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.; and, Plaintiffs JENNIFER TAUSINGA, ALYSIA WRENN and OLGA ROMASHOVA (collectively, "Plaintiffs") on behalf of themselves and all other similarly situated, by and through their counsel of record, stipulate the following:

1. Defendants' Motion to Dismiss Consolidated Amended Class Action Complaint was filed on November 14, 2023.

2. Plaintiffs' Opposition to Defendants' Motion to Dismiss Consolidated Amended Class Action Complaint was filed on November 28, 2023.

3. Defendants' Reply in Support of the Motion to Dismiss Consolidated Amended Class Action Complaint is currently due December 5, 2023.

1

4. Due to the complexity of the Motion and the Opposition, good cause exists and the parties agree and respectfully request a short extension of time to allow Defendants until **December 11, 2023** to file and serve their Reply in Support of the Motion to Dismiss Consolidated Amended Class Action Complaint to the Court.

5. The other deadlines in this case are not affected by this stipulation. This is the first stipulation for the extension of time for Defendants to file their Reply in Support of the Motion to Dismiss Consolidated Amended Class Action.

**IT IS SO AGREED AND STIPULATED:**

DATED this 5th day of December, 2023.        DATED this 5th day of December, 2023.

| **THE BOURASSA LAW GROUP** | **KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.** |
|---|---|
| */s/ Jennifer A. Fornetti, Esq.* | /s/ *Gary E. Schnitzer, Esq.* |
| MARK J. BOURASSA, ESQ. | GARY E. SCHNITZER, ESQ. |
| Nevada Bar No. 7999 | Nevada Bar No. 395 |
| JENNIFER A. FORNETTI, ESQ. | L. RENEE GREEN, ESQ. |
| Nevada Bar No. 7644 | Nevada Bar No. 12755 |
| 2350 W Charleston Blvd., Suite 100 | 8985 S. Eastern Avenue, Suite 200 |
| Las Vegas, NV 89102 | Las Vegas, NV 89123 |
| *Attorneys for Plaintiff Jennifer Tausinga* | *Attorneys for Defendants* |

| **TURKE & STRAUSS LLP** | **LADAH LAW FIRM** |
|---|---|
| */s/ Raina Borrelli, Esq.* | */s/ Daniel Tetreault, Esq.* |
| RAINA BORRELLI (*pro hac vice*) | RAMZY P. LADAH |
| 613 Williamson Street, Suite 201 | Nevada Bar No. 11405 |
| Madison, Wisconsin 53703 | DANIEL TETREAULT |
| *Attorneys for Plaintiff Olga Romashova* | Nevada Bar No. 11473 |
| | 517 S. Third Street |
| | Las Vegas, NV 89101 |
| | *Attorneys for Plaintiff Alysia Wrenn* |

**IT IS SO ORDERED** *nunc pro tunc***:**



**RICHARD F. BOULWARE, II**
UNITED STATES DISTRICT JUDGE

DATED: December 7, 2023