GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
LESLIE L. PHIEFER, ESQ.
(Admitted *Pro Hac Vice*)
SCHNITZER JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada  89123
Telephone:     (702) 362-6666
Facsimile:      (702) 362-2203
gschnitzer@sjwlawfirm.com
rgreen@sjwlawfirm.com
lphiefer@sjwlawfirm.com
*Attorneys for Defendant,*
*HANKINS PLASTIC SURGERY*
*ASSOCIATES, P.C. dba HANKINS*
*& SOHN PLASTIC SURGERY*
*ASSOCIATES*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES<br><br>This Document Relates to:<br>2:23-cv-02112-RFB-DJA (Aurora) | Master File No. 2:23-cv-00824-RFB-DJA<br>Case No. 2:23-cv-02112-APG-RFB<br>**[PROPOSED] STIPULATION AND ORDER OF THE DISMISSAL OF SAMUEL M. SOHN AND W. TRACY HANKINS WITHOUT PREJUDICE AND CONTINUING THE TIME FOR DEFENDANT HANKINS PLASTIC SURGERY ASSOCIATES, P.C. TO RESPOND TO THE COMPLAINT** |

Defendants HANKINS PLASTIC SURGERY ASSOCIATES P.C. dba HANKINS PLASTIC SURGERY ASSOCIATES, a professional corporation; SAMUEL M. SOHN; and W. TRACY HANKINS (collectively, "Defendants" or "the Practice"), by and through their counsel of record, SCHNITZER JOHNSON & WATSON, CHTD., and Plaintiff CAROLINE AURORA ("Plaintiff"), by and through her counsel of record, RICHARD HARRIS LAW FIRM, hereby stipulate the following:

WHEREAS, Plaintiff filed her Class Action Complaint on November 21, 2023 ("the *Aurora* Complaint") in the District Court of Clark County against HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES,

1  a professional corporation; SAMUEL M. SOHN ("Dr. Sohn") W. TRACY HANKINS ("Dr.
2  Hankins"), ROE DATA SECURITY COMPANY; ROE IT CONSULTING FIRM; ROE
3  NETWORK SECURITY SERVICE PROVIDER; DOE EMPLOYEES 1-10; DOES 11-20 and
4  ROE BUSINESS ENTITIES 3-10, inclusive;

5  WHEREAS, the *Aurora* Complaint was removed to the United States District Court for the
6  District of Nevada and an Order Transferring the Case was entered on January 19, 2024, by the
7  United States District Court for the District of Nevada in Case No. 2:23-cv-02112-RFB-DJA;

8  WHEREAS, the parties agree to stipulate to certain provisions and matters regarding
9  litigating this matter as it relates to the *Aurora* Complaint;

10  NOW, THEREFORE, the parties hereto stipulate and agree as follows:

11  1. Defendant, SAMUEL M. SOHN is dismissed from this matter without prejudice;

12  2. Defendant, W. TRACY HANKINS is dismissed from this matter without prejudice;

13  3. Due to the complexity of this class action, good cause exists and the parties stipulate
14  to an extension of time to allow Defendant HANKINS PLASTIC SURGERY ASSOCIATES, P.C.
15  until **April 30, 2024** to file and serve its response to the *Aurora* Complaint.

16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

4. The other deadlines in this case are not affected by this stipulation. This is the first stipulation for the extension of time for Defendants to file their response to the *Aurora* Complaint.

**IT IS SO AGREED AND STIPULATED:**

DATED this 27th day of March, 2024.

**SCHNITZER JOHNSON & WATSON, LTD.**

 */s/ L. Renee Green*
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
LESLIE L. PHIEFER, ESQ.
(Admitted *Pro Hac Vice*)
8985 S. Eastern Ave., Ste. 200
Las Vegas NV 89123
*Attorneys for Defendant*
*Hankins Plastic Surgery Associates, P.C. dba*
*Hankins & Sohn Plastic Surgery Associates,*
*Samuel M. Sohn and W. Tracy Hankins*

**RICHARD HARRIS LAW FIRM**

 */s/ Jonathan B. Lee*
CLARK SEEGMILLER, ESQ.
Nevada Bar No. 3873
JONATHAN B. LEE, ESQ.
Nevada Bar No. 13524
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*
*Caroline Aurora*

**IT IS SO ORDERED:**

**RICHARD F. BOULWARE, II**
UNITED STATES DISTRICT JUDGE

**DATED**: March 27, 2024

3