MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone:  (702) 851-2180
Facsimile:  (702) 851-2189
Email:      *mbourassa@blgwins.com*
            *jfornetti@blgwins.com*
            *vchristian@blgwins.com*

NICHOLAS A. COLELLA (*pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone:   (412) 322-9243
Email:      *nickc@lcllp.com*

[additional counsel in signature block]

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE HANKINS PLASTIC SURGERY ASSOCIATES, P. C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES<br><br>This Document Relates to: All Actions | Case No.: 2:23-cv-00824-RFB-DJA<br><br>**STIPULATION AND ORDER REGARDING CONSOLIDATION OF AURORA V. HANKINS PLASTIC SURGERY ASSOCIATES, P.C. ET. AL., CASE NO. 2:23-CV-02112** |

Plaintiffs JENNIFER TAUSINGA, ALYSIA WRENN, OLGA ROMASHOVA, and CAROLINE AURORA (collectively, "Plaintiffs") on behalf of themselves and all other similarly situated, by and through their counsel of record; and Defendant HANKINS & SOHN PLASTIC SURGERY ASSOCIATES dba Hankins Plastic Surgery Associates, P.C., (collectively, "Defendants" or "the Practice"), by and through its counsel of record, SCHNITZER JOHNSON & WATSON, CHTD respectfully stipulate regarding the consolidation of actions as follows:

Pursuant to D. Nev. L.R. 7-1, the below referenced parties stipulate and represent as follows:

1.      On May 5, 2023, Defendants Hankins Plastic Surgery Associates, P.C. dba Hankins & Sohn Plastic Surgery Associates, Samuel M. Sohn, and Warren Tracy Hankins removed Case 2:23-cv-00710-CDS-EJY to this District Court before the Honorable Cristina D. Silva. Plaintiff Alysia Wrenn had filed the case in state court on April 5, 2023. Separately, Defendant Hankins Plastic Surgery Associates, P.C. removed Case 2:23-cv-00824-RFB-DJA to this Court on May 25, 2023. Plaintiff Jennifer Tausinga had filed the case in state court on March 30, 2023.

2.      In both cases, Plaintiffs' proposed class actions allege that Plaintiffs provided their personal identifiable information and had photographs taken in order to obtain medical services. Plaintiffs further allege that Defendant failed to, inter alia, protect this information from unauthorized access by third parties. The cases name the same Defendants, arise from the same events, and assert overlapping claims and putative classes.

3.      Pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 42-1(b), district courts have the authority to consolidate cases involving common questions of law or fact. On July 28, 2023, the parties filed a stipulation to consolidate these cases pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 42-1. See 2:23-cv-00710-CDS-EJY, ECF No. 14; 2:23-cv-00824-RFB-DJA, ECF No. 13. The Court reviewed the record of both cases and found that the subject matter of, and parties to, the cases substantially overlap, and further found that judicial economy would be served by having the cases consolidated before a single District Court Judge and Magistrate Judge.

4.      As a result, Cases 2:23-cv-00710-CDS-EJY and 2:23-cv-00824-RFB-DJA were consolidated (hereinafter "Consolidated Action"), with Case 2:23-cv-00824-RFB-DJA serving as the lead case [ECF No. 16].

5.      Further, the Court determined that all future filings in these cases shall be filed in the lead case. All future filings in these cases shall be filed in the lead case bearing the following caption: In re HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES, Lead Case No. 2:23-cv-00824-RFB-DJA. The case file for the Consolidated Action will be maintained under Master file No. 2:23-cv-00824-RFB-DJA.

6.      Plaintiffs JENNIFER TAUSINGA, ALYSIA WRENN, and OLGA ROMASHOVA filed a Consolidated Compliant in the Master file No. 2:23-cv-00824-RFB-DJA on September 15, 2023 [ECF No. 19].

7.      On December 5, 2023, the Court issued an Order Appointing Interim Class Counsel for the Consolidated Action. [ECF No. 31].

8.      Subsequently, *Aurora v. Hankins Plastic Surgery Associates, P.C. et. al.*, Case No. 2:23-cv-02112 (hereinafter the "*Aurora* matter") was filed in the Eighth Judicial District Court (Clark County), and Defendant subsequently removed the *Aurora* matter to another court in this District, with Judge Andrew P. Gordon presiding initially.

9.      On January 19, 2024, Judge Gordon transferred the *Aurora* matter to this Court, finding it related to the Consolidated Action. [ECF No. 10]. Although the *Aurora* matter was transferred to this Court, it has not yet been consolidated with the Consolidated Action.

10.     Since *Aurora*'s removal and transfer, counsel for Plaintiffs JENNIFER TAUSINGA, ALYSIA WRENN, and OLGA ROMASHOVA have conferred with counsel for the *Aurora* matter and agree that consolidation is appropriate under FRCP Rule 42(a) because the Consolidated Action and the *Aurora* matter involve common questions of law or fact, specifically, the cases name the same Defendant, arise from the same events and assert overlapping claims and putative classes;

11.     Plaintiffs in the Consolidated Action as well as the *Aurora* matter agree to file this stipulation in both matters and therefore this Court is without prejudice to Defendant's rights, remedies, defenses, objections, and legal arguments;

12.     The parties agree not to argue that by entering into this stipulation or acting in conformance with its terms, Defendant has waived or acted in any way inconsistent with any right, remedy, or defense. subject to the provisions described above, Plaintiffs do not oppose procedural consolidation of the Related Actions under Fed. R. Civ. Proc. 42(a) and D. Nev. L.R. 42-1, while expressly reserving all of its rights, remedies, defenses, objections, and legal arguments;

13.     The parties propose, subject to Court approval, the following:

- The *Aurora* matter is to be consolidated into the Consolidated Action.

- When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "2:23-cv-02112, (Aurora)."

- Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with the Consolidated Action for pre-trial purposes. The parties shall file a Notice of Related Action pursuant to Local Rule 42-1 whenever a case that should be consolidated into this action is filed in, or transferred to, this District.

- If the Court determines that the case is related, the clerk shall: a.) Place a copy of this Order in the separate file for such action; b.) Serve on Plaintiffs' counsel in the new case a copy of this Order; c.) Direct that this Order be served upon defendants in the new case; and d.) Make the appropriate entry in the Master Docket.

- The Court should issue a ruling on Defendant's pending Motion to Dismiss on the Consolidated Action [ECF No. 27].

- Depending on the Court's ruling and if any amendments are permitted at that time, the parties will make changes to the Consolidated Action to include the *Aurora* plaintiff.

/  /  /
/  /  /
/  /  /
/  /  /
/  /  /
/  /  /
/  /  /
/  /  /
/  /  /
/  /  /

- In the meantime, all parties will continue forward under the current Scheduling Order [ECF No. 48].

**IT IS SO STIPULATED.**

DATED this 7th day of June, 2024.

**THE BOURASSA LAW GROUP**

By: *Jennifer A. Fornetti*
  MARK J. BOURASSA, ESQ. (NBN 7999)
  JENNIFER A. FORNETTI, ESQ. (NBN 7644)
  VALERIE S. CHRISTIAN, ESQ.
  (NBN 14716)
  2350 W Charleston Blvd, Suite 100
  Las Vegas, Nevada 89102
  *Attorneys for Plaintiff Tausinga*

**LYNCH CARPENTER LLP**

By: *Nicholas A. Colella*
  NICHOLAS A. COLELLA (*pro hac vice*)
  1133 Penn Avenue, 5th Floor
  Pittsburgh, PA 15222
  *Attorneys for Plaintiff Tausinga*

**TURKE & STRAUSS LLP**

By: *Raina Borrelli*
  RAINA BORRELLI (*pro hac vice*)
  613 Williamson Street, Suite 201
  Madison, Wisconsin 53703
  *Attorneys for Plaintiff Romashova*

DATED this 7th day of June, 2024.

**KRAVITZ SCHNITZER JOHNSON & WATSON, CTD.**

By: *L. Renee Green*
  GARY E. SCHNITZER, ESQ.(NBN 395)
  L. RENEE GREEN, ESQ. (NBN 12755)
  8985 S. Eastern Ave., Ste. 200
  Las Vegas NV 89123
  *Attorneys for Defendant*

**LADAH LAW FIRM**

By: *Ramzy P. Ladah*
  RAMZY P. LADAH
  517 S. Third Street
  Las Vegas, NV 89101
  *Attorneys for Plaintiff Wrenn*

**RICHARD HARRIS LAW FIRM**

By: *Jonathan B. Lee*
  CLARK SEEGMILLER, ESQ. (NBN 3873)
  JONATHAN B. LEE, ESQ (NBN 13524)
  801 South Fourth Street
  Las Vegas, NV 89101
  *Attorneys for Plaintiff Aurora*

IT IS SO ORDERED:

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** August 1, 2024

CASE NO.: 2:23-cv-00824-RFB-DJA

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of The Bourassa Law Group, and that on this date I caused to be served a true copy of **STIPULATION AND ORDER REGARDING CONSOLIDATION OF AURORA V. HANKINS PLASTIC SURGERY ASSOCIATES, P.C. ET. AL., CASE NO. 2:23-CV-02112** on all parties to this action by the method(s) indicated below:

  X   by using the Court's CM/ECF Electronic Notification System addressed to:

Gary E. Schnitzer, Esq.
L. Renee Green, Esq.
KRAVITZ SCHNITZER JOHNSON & WATSON, CTD.
Email:  gschnitzer@ksjattorneys.com
        rgreen@ksjattorneys.com

DATED:  This 7th day of June, 2024.

*/s/ Kylie B. VanderMiller*
Employee of The Bourassa Law Group