1  GARY E. SCHNITZER, ESQ.
   Nevada Bar No. 395
2  L. RENEE GREEN, ESQ.
   Nevada Bar No. 12755
3  LESLIE L. PHIEFER, ESQ.
   (Admitted *Pro Hac Vice*)
4  SCHNITZER JOHNSON & WATSON, CHTD.
   8985 So. Eastern Avenue, Suite 200
5  Las Vegas, Nevada  89123
   Telephone:     (702) 362-6666
6  Facsimile:     (702) 362-2203
   gschnitzer@sjwlawfirm.com
7  rgreen@sjwlawfirm.com
   lphiefer@sjwlawfirm.com
8  *Attorneys for Defendant,*
   *HANKINS PLASTIC SURGERY*
9  *ASSOCIATES, P.C. dba HANKINS*
   *& SOHN PLASTIC SURGERY*
10 *ASSOCIATES*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| IN RE HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES<br><br>This Document Relates to:  All Actions | Master File No. 2:23-cv-00824-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR DEFENDANT HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES TO FILE ITS RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND TO FILE A PORTION OF AN EXHIBIT UNDER SEAL PURSUANT TO LR IA 10-5(A)** |
|---|---|

Defendant Hankins & Sohn Plastic Surgery Associates, P.C. dba Hankins & Sohn Plastic Surgery Associates ("Defendant") by and through its counsel of record, SCHNITZER JOHNSON & WATSON, CHTD., Plaintiffs Jennifer Tausinga, Alysia Wrenn, Olga Romashova, and Caroline Aurora (collectively "Plaintiffs") on behalf of themselves and all other similarly situated, by and through co-interim counsel of record, Jennifer A. Fornetti of The Bourassa Law Group and Nicholas A. Colella of Lynch Carpenter LLP and Plaintiffs' steering committee, Raina Borrelli of

/ / /

1

Turke & Strauss LLP, Ramzy Ladah and Daniel C. Tetreault of Ladah Law Firm, and Clark Seegmiller and Jonathan B. Lee of Richard Harris Law Firm, hereby stipulate to the following:

WHEREAS Plaintiffs JENNIFER TAUSINGA, ALYSIA WRENN, AND OLGA ROMOSHOVA filed their Motion for Leave to File Second Amended Consolidated Class Action Complaint and to File a Portion of an Exhibit Under Seal Pursuant to LR IA 10-5(A) ("Motion for Leave") on September 23, 2024 [ECF No. 63].

WHEREAS the deadline for Defendant to file its Response to the Motion for Leave is October 7, 2024, pursuant to the Local Rules of Practice for the United States District Court for the District of Nevada;

IT IS HEREBY STIPULATED between the parties that Defendant has until October 21, 2024, to file its Response to Plaintiffs' Motion for Leave.

**IT IS SO STIPULATED.**

DATED this 4th day of October, 2024.

| THE BOURASSA LAW GROUP | SCHNITZER JOHNSON & WATSON, LTD. |
|---|---|
| */s/ Jennifer A. Fornetti*<br>MARK J. BOURASSA, ESQ.<br>Nevada Bar No. 7999<br>JENNIFER A. FORNETTI, ESQ.<br>Nevada Bar No. 7644<br>VALERIE S. GRAY, ESQ.<br>Nevada Bar No. 14716<br>2350 W Charleston Blvd, Suite 100<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff*<br>*Jennifer Tausinga* | */s/ L Renee Green*<br>GARY E. SCHNITZER, ESQ.<br>Nevada Bar No. 395<br>L. RENEE GREEN, ESQ.<br>Nevada Bar No. 12755<br>LESLIE L. PHIEFER, ESQ.<br>(Admitted *Pro Hac Vice*)<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas NV 89123<br>*Attorneys for Defendant*<br>*Hankins Plastic Surgery Associates, P.C. dba Hankins & Sohn Plastic Surgery Associates* |

| | |
|---|---|
| **LYNCH CARPENTER LLP** | **LADAH LAW FIRM** |
| */s/ Nicholas A. Colella*<br>NICHOLAS A. COLELLA<br>Admitted *Pro Hac Vice*<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>*Attorneys for Plaintiff*<br>*Jennifer Tausinga* | */s/ Daniel C. Tetreault*<br>RAMZY P. LADAH<br>Nevada Bar No. 11405<br>DANIEL C. TETREAULT, ESQ.<br>Nevada Bar No. 11473<br>517 S. Third Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff*<br>*Alysia Wrenn* |
| **TURKE & STRAUSS LLP** | **RICHARD HARRIS LAW FIRM** |
| */s/ Raina Borelli*<br>RAINA BORRELLI, ESQ.<br>(Admitted *Pro Hac Vice*)<br>613 Williamson Street, Suite 201<br>Madison, Wisconsin 53703<br>*Attorneys for Plaintiff*<br>*Olga Romashova* | */s/ Jonathan B. Lee*<br>CLARK SEEGMILLER, ESQ.<br>Nevada Bar No. 3873<br>JONATHAN B. LEE, ESQ.<br>Nevada Bar No. 13524<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff*<br>*Caroline Aurora* |

**IT IS SO ORDERED.**

**DATED:** October 7, 2024

_____
**RICHARD F. BOULWARE, II**
UNITED STATES DISTRICT JUDGE

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-66666

3