GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
MARTA D. DUNNING, ESQ.
Nevada Bar No. 14728
SCHNITZER JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:   (702) 362-6666
Facsimile:    (702) 362-2203
AND
ROBERT C. McBRIDE, ESQ.
Nevada Bar No.: 7082
CHELSEA R. HUETH, ESQ.
Nevada Bar No.: 10904
McBRIDE HALL
8329 W. Sunset Road, Suite 260
Las Vegas, Nevada 89113
Telephone No. (702) 792-5855
Facsimile No. (702) 796-5855
rcmcbride@mcbridehall.com
crhueth@mcbridehall.com
*Attorneys for Defendant*
*HANKINS PLASTIC SURGERY*
*ASSOCIATES, P.C. dba HANKINS*
*& SOHN PLASTIC SURGERY*
*ASSOCIATES*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES<br><br>This Document Relates to:  All Actions | Case No.:  2:23-cv-00824-RFB-DJA<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES' MOTION FOR PROTECTIVE ORDER** |

| Exhibit No. | Description |
|---|---|
| 1 | Subpoena Duces Tecum Issued to Amon Ra Network Consulting aka Pharoah Shepherd |
| 2 | Subpoena Duces Tecum Issued to I.T. Decisions dba LAN Solutions |
| 3 | Subpoena Duces Tecum Issued to Patient Now |

1

| Exhibit No. | Description |
|---|---|
| 4 | E-mail Communication between Counsel |

DATED this 6th day of February, 2025.

SCHNITZER JOHNSON & WATSON, CHTD.

 /s/ L. Renee Green, Esq.
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
MARTA D. DUNNING, ESQ.
Nevada Bar No. 14728
*Attorneys for Defendant,*
*HANKINS PLASTIC SURGERY*
*ASSOCIATES, P.C. dba HANKINS*
*& SOHN PLASTIC SURGERY ASSOCIATES*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of February, 2025, I served a true and correct copy of the foregoing **APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES' MOTION FOR PROTECTIVE ORDER** was served via the United States District Court CM/ECF system to all parties or persons requiring notice.

MARK J. BOURASSA, ESQ.
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100

Las Vegas, NV 89102
mbourassa@blgwins.com

and

NICHOLAS A. COLELLA (pro hac vice)
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Attorneys for Plaintiff, Jennifer Tausinga

Ramzy Paul Ladah, Esq.
LADAH LAW FIRM
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
Attorneys for Plaintiff Alysia Wrenn

RAINA BORRELLI (pro hac vice)
RAINA BORRELLI
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Attorneys for Plaintiff Olga Romashova

Clark Seegmiller, Esq.
Jonathan B. Lee, Esq.
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, NV 89101
jlee@richardharrislaw.com
T: 702.444.4444
F: 702.444-4455
Attorneys for Plaintiff Caroline Aurora

        */s/ Cynthia Lowe*
        An Employee of SCHNITZER
        JOHNSON & WATSON, CHTD.