MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. GRAY, ESQ. (NBN 14716)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone:   (702) 851-2180
Facsimile:    (702) 851-2189
Email:         mbourassa@blgwins.com
                   jfornetti@blgwins.com
                   vgray@blgwins.com

NICHOLAS A. COLELLA (*pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone:    (412) 322-9243
Email:          nickc@lcllp.com

[Additional Counsel in Signature Block]

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE HANKINS PLASTIC SURGERY ASSOCIATES, P. C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES<br><br>This Document Relates to: All Actions | Case No.: 2:23-cv-00824-RFB-DJA<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER DEADLINES FOR PHASE I (PRE-CERTIFICATION) OF DISCOVERY**<br><br>**(SECOND REQUEST)** |

Defendant Hankins & Sohn Plastic Surgery Associates, P.C. dba Hankins & Sohn Plastic Surgery Associates ("Defendant") by and through its counsel of record, SCHNITZER JOHNSON & WATSON, CHTD., Plaintiffs Jennifer Tausinga, Alysia Wrenn, and Caroline Aurora (collectively "Plaintiffs") on behalf of themselves and all other similarly situated, by and through co-interim counsel of record, Jennifer A. Fornetti of The Bourassa Law Group and Nicholas A. Colella of Lynch Carpenter LLP and Plaintiffs' steering committee, Raina Borrelli of Strauss

Borrelli PLLC, Ramzy Ladah of Ladah Law Firm, and additional Plaintiffs' counsel Clark Seegmiller and Jonathan B. Lee of Richard Harris Law Firm, hereby stipulate to continue the discovery deadlines and submit their Stipulation and Order to Modify the Scheduling Order Deadlines for Phase I (Pre-Certification) of Discovery pursuant to Local Rule 26-3, as follows:

**I.    DISCOVERY COMPLETED AND ONGOING**

1. On January 16, 2024, Plaintiffs, Jennifer Tausinga, Alysia Wrenn, and Olga Romashova served their Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1).

2. On January 16, 2024, Plaintiffs, Jennifer Tausinga, Alysia Wrenn, and Olga Romashova served their First Set of Interrogatories, First Set of Requests for Production of Documents and Things, and First Request for Admissions to Defendant. Defendant served its responses to this propounded discovery on March 12, 2024. Defendant subsequently served its supplemental responses to Plaintiffs' First Request for Admissions on November 5, 2024.

3. After the Court heard Defendant's Motion to Stay Discovery or Alternatively, to Bifurcate Discovery on April 9, 2024, Defendant Hankins Plastic Surgery Associates, P.C. served its Initial FRCP 26 List of Witnesses and Production of Documents on April 29, 2024.

4. On July 12, 2024, Plaintiffs, Jennifer Tausinga, Alysia Wrenn, and Olga Romashova served their Second Set of Interrogatories and Second Set of Requests for Production of Documents and Things to Defendant. Defendant responded to this propounded discovery on August 26, 2024, and supplemented its responses on October 5, 2024.

5. On July 29, 2024, Defendant Hankins Plastic Surgery Associates, P.C. served its First Supplemental List of Witnesses and Production of Documents Pursuant to FRCP 26 List of Witnesses and Production of Documents.

6. On October 10, 2024, Defendant Hankins Plastic Surgery Associates, P.C. served its Second Supplemental List of Witnesses and Production of Documents Pursuant to FRCP 26 List of Witnesses and Production of Documents.

7. On November 5, 2024, Defendant Hankins Plastic Surgery Associates, P.C. served its Third Supplemental List of Witnesses and Production of Documents Pursuant to FRCP 26 List of Witnesses and Production of Documents.

8. On November 15, 2024, McBride Hall filed their Notice of Association of Counsel.

9. On January 7, 2025, Defendant Hankins Plastic Surgery Associates, P.C. served its First Supplemental Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents and its Second Supplemental Responses to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents.

10. On January 7, 2025, Defendant Hankins Plastic Surgery Associates, P.C. served its Fourth Supplemental List of Witnesses and Production of Documents Pursuant to FRCP 26 List of Witnesses and Production of Documents.

11. On January 17, 2025, Defendant Hankins Plastic Surgery Associates, P.C. served its First Set of Interrogatories to Plaintiffs. Plaintiffs will respond to these interrogatories on March 4, 2025.

12. On January 25, 2025, Plaintiffs served a subpoena on Amon Ra Network Consulting. After attempting to meet and confer on the scope of the subpoenas pursuant to this Court's Order, Defendant filed its Motion for Protective Order on February 6, 2025. The Court is set to hear Defendant's Motion for Protective Order on March 18, 2025. Amon Ra produced documents on February 25, 2025, and Plaintiffs are continuing to meet and confer with Amon Ra regarding its production.

13. On January 26, 2025, Plaintiffs served a subpoena on I.T. Decisions. After attempting to meet and confer on the scope of the subpoenas pursuant to this Court's Order, Defendant filed its Motion for Protective Order on February 6, 2025. The Court is set to hear Defendant's Motion for Protective Order on March 18, 2025. I.T. Decisions objected to responding and Plaintiffs are continuing their efforts to enforce the subpoena.

14. On February 6, 2025, Plaintiffs served a Notice for a Rule 30(b)(6) deposition on Defendant Hankins Plastic Surgery Associates, P.C. The parties are continuing to meet and confer on the topics and scheduling.

15. On February 12, 2025, Defendant Hankins Plastic Surgery Associates, P.C. served its First Set of Requests for Admission and Requests for Production of Documents on Plaintiffs. Plaintiffs will respond to these requests on March 14, 2025.

16. On February 24, 2025, Defendant Hankins Plastic Surgery Associates, P.C. served its Fifth Supplemental List of Witnesses and Production of Documents Pursuant to FRCP 26 List of Witnesses and Production of Documents.

17. On January 23, 2025, Plaintiffs provided notice to Defendant that they intended to serve a subpoena on Patient Now. After attempting to meet and confer on the scope of the subpoenas pursuant to this Court's Order, Defendant filed its Motion for Protective Order on February 6, 2025. Plaintiffs successfully served their subpoena on Patient Now on February 26, 2025. The Court is set to hear Defendant's Motion for Protective Order on March 18, 2025.

18. The parties are continuing to meet and confer on Defendant's discovery responses and production of documents in the hopes of avoiding Court intervention.

## II. PENDING MOTIONS AND DISCOVERY THAT REMAINS TO BE COMPLETED

On December 23, 2024, this Court granted Plaintiffs leave to file their Second Amended Complaint. Dkt. 74. On December 30, 2024, Plaintiffs filed their Second Amended Complaint. Dkt. 75. On January 13, 2025, Defendant moved to dismiss the Second Amended Complaint. Dkt. 76. Plaintiffs opposed that motion on January 24, 2025, Dkt. 77, and Defendant filed a reply, Dkt. 78. That motion remains pending.

On February 6, 2025, Defendant filed a motion for a protective order regarding the three subpoenas Plaintiffs served on third parties. Dkt. 79. At its heart, this motion concerns the proper scope of Phase I discovery set out in the initial Scheduling Order, Dkt. 48, which the parties have differing interpretations of.

Due to the pending motion to dismiss and the pending motion regarding the subpoenas and scope of discovery, the parties request that discovery be continued to allow all the parties to continue to conduct Phase I discovery focused on information necessary for Plaintiffs' motion for class certification, including the "commonality, predominance, and typicality as it relates to

Plaintiffs and [the] putative class members." "[W]hile discovery of certification issues during Phase I may overlap with issues related to the merits in Phase II, the parties agreed to limit their discovery in each Phase to the particular aims and subject matter of each respective Phase." ECF No. 48 at 4-5 (citing *Tyus v. Wendy's of Las Vegas, Inc.*, No. 214CV00729GMNVCF, 2017 WL 3026403, at *5 (D. Nev. July 17, 2017)). To that end, the Parties intend to conduct additional written discovery, request and produce documents, and depositions.

As a result of these depositions, written responses, and document production, the parties may decide to retain experts, which will result in the need for the experts to create reports and potentially be deposed. Pursuant to Local Rule 1-1, the parties desire to do so in a cost-efficient manner and with the Court's goal of limiting and phasing discovery.

### III. REASONS WHY THE REMAINING DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME LIMIT OF THE EXISTING DEADLINE

Due to the pending motion to dismiss and the parties' fundamental disagreement as to the appropriate scope of Phase I discovery which is also currently pending before the Court, the parties have been unable to complete discovery within the existing timeline. Additionally, Plaintiffs' Second Amended Complaint added another Plaintiff, Sarah Jefferson, and new counsel was associated to represent Hankins & Sohn in this case from McBride Hall, see Dkt. 73.

As a result, the parties intend to conduct discovery in an efficient manner across the five (5) other lawsuits filed against Hankins & Sohn to the fullest extent possible. As the motion to dismiss and motion for a protective order are pending before the Court, the parties have shown good cause and excusable neglect with this request pursuant to LR 26-3. *See Bateman v. U.S. Postal Serv.*, 231 F.3d 1220, 1223 (9th Cir. 2000).

### IV. PROPOSED SCHEDULE FOR COMPLETION OF PHASE I DISCOVERY

Based on the foregoing, the parties hereby stipulate and agree that an additional 90 days are needed to complete Phase I discovery, and thus request that the following scheduling deadlines be substituted for the deadlines contained in the Amended Scheduling Order:

| Event | Date |
|---|---|
| **Interim Fact Discovery Cut-Off Date** | **June 12, 2025** |
| **Close of Class Certification Expert Discovery** | **July 16, 2025** |
| **Phase I (Pre-Certification) Discovery Cut-Off Date** | **October 14, 2025** |
| **Amending Pleadings and Adding Parties** | **June 12, 2025** |
| **Initial Class Certification Expert Designations** | **July 16, 2025** |
| **Rebuttal Class Certification Expert Designations** | **August 14, 2025** |
| **Motion for Class Certification** | **October 14, 2025** |
| **Motions to Exclude Certification Experts** | **November 17, 2025** |
| **Deadline to Participate in Mediation** | **November 24, 2025** |
| **Joint Proposed Discovery Plan Regarding Post-Certification Phase** | Within 30 days of the Decision on Motion for Class Certification |

**IT IS SO STIPULATED.**

Dated: March 5, 2025                              Dated: March 5, 2025

*/s/ Brittany Resch*                                  */s/ Renee Green*
Raina C. Borrelli (*pro hac vice*)            L. Renee Green, Esq. (NBN 12755)
Brittany Resch (*pro hac vice*)               Gary E. Schnitzer, Esq. (NBN 395)
STRAUSS BORRELLI PLLC                         SCHNITZER JOHNSON & WATSON, CTD
980 N. Michigan Avenue, Suite 1610            8985 S. Eastern Ave., Ste. 200
Chicago, IL 60611                             Las Vegas, NV 89123
Telephone: (872) 263-1100
Facsimile: (872) 263-1109                     Robert C. Mcbride, Esq. (NBN 7082)
raina@straussborrelli.com                     Chelsea R. Hueth, Esq. (NBN 10904)
bresch@straussborrelli.com                    8329 W. Sunset Road, Suite 260
                                              Las Vegas, Nevada 89113
Mark J. Bourassa, Esq. (NBN 7999)
Jennifer A. Fornetti, Esq. (NBN 7644)         *Attorneys for Defendant*
Valerie S. Gray, Esq. (NBN 14716)
THE BOURASSA LAW GROUP
2350 W Charleston Blvd, Suite 100
Las Vegas, Nevada 89102
mbourassa@blgwins.com
jfornetti@blgwins.com
vgray@blgwins.com

*/s/ Nicholas A. Colella*
Nicholas A. Colella (*pro hac vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

*Attorneys for Plaintiff Tausinga*


*/s/ Daniel C. Tetreault*
Daniel C. Tetreault, Esq. (NBN 11473)
Ramzy P. Ladah (NBN 11405)
517 S. Third Street
Las Vegas, NV 89101

*Attorneys for Plaintiff Wrenn*


*/s/ Jonathan Lee*
Jonathan B. Lee, Esq. (NBN 13524)
Clark Seegmiller, Esq. (NBN 3873)
801 South Fourth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff Caroline Aurora*


**IT IS SO ORDERED:**

3/6/2025
Dated

UNITED STATES MAGISTRATE JUDGE