ROBERT C. McBRIDE, ESQ.
Nevada Bar No.: 7082
CHELSEA R. HUETH, ESQ.
Nevada Bar No.: 10904
FRANK A. ROSSIER, ESQ.
Nevada Bar No. 16975
McBRIDE HALL
8329 W. Sunset Road, Suite 260
Las Vegas, Nevada 89113
Telephone No. (702) 792-5855
Facsimile No. (702) 796-5855
E-mail:  rcmcbride@mcbridehall.com
E-mail:  crhueth@mcbridehall.com
E-mail:  farossier@mcbridehall.com
AND
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
MARTA D. DUNNING, ESQ.
Nevada Bar No. 14728
SCHNITZER JOHNSON
 & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
gschnitzer@sjwlawfirm.com
rgreen@sjwlawfirm.com
mdunning@sjwlawfirm.com
Attorneys for Defendant,
*Hankins Plastic Surgery Associates,*
*P.C. dba Hankins & Sohn Plastic*
*Surgery Associates*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES<br><br>This Document Relates to: All Actions | **Master File No.** 2:23-cv-00824- RFB-DJA<br><br>**STIPULATION AND ORDER TO VACATE AND RESCHEDULE APRIL 15, 2025 HEARING [ECF. 97]** |

\ \ \

\ \ \

IT IS HEREBY STIPULATED by and between the parties hereto and their respective counsel of record, that the April 15, 2025 hearing [ECF No. 97] on Plaintiff's Motion to Compel Discovery [ECF No. 97] pursuant to Local Rule 26-3, as follows:

1.     On March 13, 2025, Plaintiffs filed a motion to compel addressing Defendant's responses to Interrogatory Nos. 1, 2, 3, 4, 5, 7, 9, 13, 14 and Requests for Production Nos. 1, 2, 3, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 24, 25, 26, 27, 28, 31. At its heart, Plaintiffs' motion to compel and the outstanding discovery disputes resolve around the parties' disagreement as to what the proper scope of Phase I discovery.

2.     Co-Counsel for Defendant are unable to find coverage to appear for the hearing on April 15, 2025. Based on the foregoing, the parties hereby stipulate and agree to vacate the April 15, 2025 hearing on Plaintiff's Motion to Compel and reschedule this hearing to a later date at the Court's convenience.

DATED this 10th day of April, 2025.          DATED this 10th day of April, 2025.

McBRIDE HALL                                  THE BOURASSA LAW GROUP


*/s/ Chelsea R. Hueth*                        */s/ Jennifer A. Fornetti*
ROBERT C. McBRIDE, ESQ.                       MARK J. BOURASSA, ESQ.
Nevada Bar No.: 7082                          Nevada Bar No.: 7999
CHELSEA R. HUETH, ESQ.                        JENNIFER A. FORNETTI, ESQ.
Nevada Bar No.: 10904                         Nevada Bar No.: 7644
FRANK A. ROSSIER, ESQ.                        VALERIE S. GRAY, ESQ.
Nevada Bar No. 16975                          Nevada Bar No.: 14716
8329 W. Sunset Road, Suite 260                2350 W Charleston Blvd, Suite 100
Las Vegas, Nevada 89113                       Las Vegas, Nevada 89102
AND                                           AND
GARY E. SCHNITZER, ESQ.                       RAINA C. BORRELLI, ESQ.
Nevada Bar No. 395                            (*pro hac vice*)
L. RENEE GREEN, ESQ.                          BRITTANY RESCH, ESQ.
Nevada Bar No. 12755                          (*pro hac vice*)
MARTA D. DUNNING, ESQ.                        STRAUSS BORRELLI PLLC
Nevada Bar No. 14728                          980 N. Michigan Avenue, Suite 1610
SCHNITZER JOHNSON                             Chicago, IL 60611
 & WATSON, CHTD.                              AND
8985 So. Eastern Avenue, Suite 200            NICHOLAS A. COLELLA, ESQ.
Las Vegas, Nevada 89123                       (pro hac vice)
Attorneys for Defendants,                     LYNCH CARPENTER LLP

*Hankins Plastic Surgery Associates, P.C.*
*dba Hankins & Sohn Plastic Surgery*
*Associates*

1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
*Attorneys for Plaintiff Tausinga*

DATED this 10th day of April, 2025.

LADAH LAW FIRM

*/s/ Daniel C. Tetreault*
DANIEL C. TETREAULT, ESQ.
Nevada Bar No.: 11473
RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Wrenn*

DATED this 10th day of April, 2025.

RICHARD HARRIS LAW FIRM

*/s/ Jonathan B. Lee*
JONATHAN B. LEE, ESQ.
Nevada Bar No.: 13524
CLARK SEEGMILLER, ESQ.
Nevada Bar No.: 3873
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Aurora*

IT IS SO ORDERED.  The hearing scheduled for Tuesday, April 15, 2025 is **VACATED** and **RESET** for **Tuesday, April 22, 2025 at 2:00 p.m.**

4/11/2025
_____
Dated

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE