MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone:  (702) 851-2180
Facsimile:  (702) 851-2189
Email:  mbourassa@blgwins.com
           jfornetti@blgwins.com
           vchristian@blgwins.com

NICHOLAS A. COLELLA (*pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone:  (412) 322-9243
Email:  nickc@lcllp.com

[Additional Counsel in Signature Block]

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE HANKINS PLASTIC SURGERY ASSOCIATES, P. C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES<br><br>This Document Relates to: All Actions | Case No.: 2:23-cv-00824-RFB-DJA<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

Plaintiffs Jennifer Tausinga, Alysia Wrenn, Sarah Jefferson, and Caroline Aurora (collectively "Plaintiffs") on behalf of themselves and all other similarly situated, by and through co-interim counsel of record, Jennifer A. Fornetti of The Bourassa Law Group and Nicholas A. Colella of Lynch Carpenter LLP and Plaintiffs' steering committee, Raina Borrelli of Strauss Borrelli PLLC, Ramzy Ladah of Ladah Law Firm, and additional Plaintiffs' counsel Clark Seegmiller and Jonathan B. Lee of Richard Harris Law Firm, and Defendant Hankins & Sohn Plastic Surgery Associates, P.C. dba Hankins & Sohn Plastic Surgery Associates ("Defendant")

by and through its counsel of record, SCHNITZER JOHNSON & WATSON, CHTD., and co-counsel MCBRIDE HALL, hereby stipulate to stay all discovery deadlines and hearings for sixty (60) days to allow the parties to explore resolution of the action, as follows:

1. The Parties are in the process of scheduling mediation to explore resolution of this action. The parties are requesting a brief sixty (60) day stay on all upcoming hearings and deadlines. This includes the following hearings and deadlines that are scheduled before this court:

- Hearing on Motion to Compel scheduled for April 22, 2025 at 2:00 p.m.;
- Hearing on Motion to Dismiss scheduled for May 15, 2025 at 10:45 a.m.;
- Interim Fact Discovery Deadline scheduled for June 12, 2025; and
- Amendment and Joinder Deadline scheduled for June 12, 2025.

2. The parties agree to file a status report with the court by the end of the sixty (60) day stay.

**IT IS SO STIPULATED.**

Dated: April 21, 2025

*/s/ Jennifer A. Fornetti*
Mark J. Bourassa, Esq. (NBN 7999)
Jennifer A. Fornetti, Esq. (NBN 7644)
Valerie S. Christian, Esq. (NBN 14716)
THE BOURASSA LAW GROUP
2350 W Charleston Blvd, Suite 100
Las Vegas, Nevada 89102
mbourassa@blgwins.com
jfornetti@blgwins.com
vchristian@blgwins.com

Nicholas A. Colella (*pro hac vice*)
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
nickc@lcllp.com

Raina C. Borrelli (*pro hac vice*)
Brittany Resch (*pro hac vice*)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611

Dated: April 21, 2025

*/s/ L. Renee Green*
L. Renee Green, Esq. (NBN 12755)
Gary E. Schnitzer, Esq. (NBN 395)
SCHNITZER JOHNSON & WATSON, CTD
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123

Robert C. McBride, Esq. (NBN 7082)
Chelsea R. Hueth, Esq. (NBN 10904)
MCBRIDE HALL
8329 W. Sunset Road, Suite 260
Las Vegas, Nevada 89113

*Attorneys for Defendant*

Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
bresch@straussborrelli.com

*Attorneys for Plaintiff Tausinga*

*/s/ Daniel C. Tetreault*
Daniel C. Tetreault, Esq. (NBN 11473)
Ramzy P. Ladah (NBN 11405)
517 S. Third Street
Las Vegas, NV 89101

*Attorneys for Plaintiff Wrenn*

*/s/ Jonathan B. Lee*
Jonathan B. Lee, Esq. (NBN 13524)
Clark Seegmiller, Esq. (NBN 3873)
801 South Fourth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff Caroline Aurora*

**IT IS SO ORDERED:**

Dated                                                   UNITED STATES MAGISTRATE JUDGE