1  GARY E. SCHNITZER, ESQ.
   Nevada Bar No. 395
2  L. RENEE GREEN, ESQ.
   Nevada Bar No. 12755
3  MARTA D. DUNNING, ESQ.
   Nevada Bar No. 14728
4  SCHNITZER JOHNSON & WATSON, CHTD.
   8985 So. Eastern Avenue, Suite 200
5  Las Vegas, Nevada  89123
   Telephone:     (702) 362-6666
6  Facsimile:     (702) 362-2203
   Attorneys for Defendant
7  HANKINS PLASTIC SURGERY
   ASSOCIATES, P.C. dba HANKINS & SOHN
8  PLASTIC SURGERY ASSOCIATES

9

10

11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES<br><br>This Document Relates to: All Actions | Case No.:   2:23-cv-00824-RFB-DJA<br><br>**JOINT STATUS REPORT REGARDING STAY OF DISCOVERY**<br><br>**Complaint Filed:  March 30, 2023**<br>**Action Removed:  May 25, 2023** |

Plaintiffs Jennifer Tausinga, Alysia Wrenn, Sarah Jefferson, and Caroline Aurora (collectively "Plaintiffs") on behalf of themselves and all other similarly situated, by and through co-interim counsel of record, Jennifer A. Fornetti of The Bourassa Law Group and Nicholas A. Colella of Lynch Carpenter LLP and Plaintiffs' steering committee, Raina Borrelli of Strauss Borrelli PLLC, Ramzy Ladah of Ladah Law Firm, and additional Plaintiffs' counsel Clark Seegmiller and Jonathan B. Lee of Richard Harris Law Firm, and Defendant Hankins & Sohn Plastic Surgery Associates, P.C. dba Hankins & Sohn Plastic Surgery Associates ("Defendant") (Plaintiffs and Defendants collectively, "Parties") by and through its counsel of record, Schnitzer Johnson & Watson, CHTD., and co-counsel McBride Hall, hereby submit the foregoing Joint Status Report regarding the parties' efforts to resolve the action:

. . .

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

1.    On April 22, 2025, the Court granted the Parties' Stipulation and Order to Stay Discovery, staying all upcoming hearings and deadlines for sixty (60) days.

2.    The Parties sought the stay to allow them time to explore the resolution of the action.

3.    The Parties have been working diligently to plan and coordinate an agreed-upon mediation.

4.    On April 17, 2025, counsel for the Parties first engaged in substantive discussions about the resolution of the case on a class-wide basis, including discussing in detail available mediators, and their background and availability during the months of May and June 2025.

5.    During the following month, the Parties continued to confer regarding the availability of the Parties, their respective counsel, insurance carriers' representatives and counsel, and potential mediators.

6.    Due to the difficulty in obtaining mutually available dates in the short term, the Parties continued to confer regarding dates in July, August, and September.

7.    The Parties also invited the plaintiffs from the related State-Court cases, through their respective counsel, to join the mediation.  Currently, there are seven (7) cases in State-Court, which are as follows:

| Case Name | Case No. |
|---|---|
| *Savyna Roufeh v. Hankins Plastic Surgery Associates, et al.* | A-23-876800-C |
| *Farah Abraham v. Hankins Plastic Surgery Associates, et al.* | A-23-878755-C |
| *Jane Doe v. Hankins Plastic Surgery Associates, et al.* | A-24-887806-C |
| *Hallie Nolan v. Hankins Plastic Surgery Associates, et al.* | A-24-891982-C |
| *Alexas Cota v. Hankins Plastic Surgery Associates, et al.* | A-24-891387-C |
| *Elizabeth Carmona v. Hankins Plastic Surgery Associates, et al.* | A-25-909452-C |

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

| Case Name | Case No. |
|---|---|
| *Elisa Davidson v. Hankins Plastic Surgery Associates, et al.* | A-25-909454-C |

8.      Currently, the Parties have agreed to mediate the matter before the Honorable Gene T. Porter (Ret.). The mediation is tentatively scheduled for September 24-25, 2025.

9.      While the Parties have been diligent in coordinating and scheduling the mediation, the delay has been caused by the difficulty of finding a mutually agreeable and available mediator, together with  given the schedules of all persons and entities who must attend the mediation.

10.      In addition to exploring mediators and coordinating with all counsel, the insurer's availability during this mediation also had to be determined. This process involved the coordination and participation of the parties, which required an evaluation and receiving the requisite authority to proceed.

11.      This process, given the multiple parties, added another layer of complexity and considerable time, which delayed efforts to move this matter efficiently towards a prompt mediation date.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

1    12.    Due to the first mutually agreeable dates for mediation being in September and
2    considering the possibility that some or all of the State-Court Plaintiffs may join the mediation,
3    the Parties intend to file a motion requesting that the stay continue to allow the mediation to
4    proceed.

5    Dated: June 23, 2025                           Dated: June 23, 2025

6    THE BOURASSA LAW GROUP                         RICHARD HARRIS LAW FIRM

7    */s/ Jennifer A. Fornetti*                     */s/ Jonathan B. Lee*
8    Mark J. Bourassa, Esq. (NBN 7999)              Jonathan B. Lee, Esq. (NBN 13524)
     Jennifer A. Fornetti, Esq. (NBN 7644)          Clark Seegmiller, Esq. (NBN 3873)
9    Valerie S. Christian, Esq. (NBN 14716)         801 South Fourth Street
     2350 W Charleston Blvd, Suite 100              Las Vegas, NV 89101
10   Las Vegas, Nevada 89102                        *Attorneys for Plaintiff Caroline Aurora*
     *and*
11
                                                    SCHNITZER JOHNSON & WATSON
12   LYNCH CARPENTER LLP
                                                    */s/ L. Renee Green*
13   */s/ Nicholas A. Coletta*                      Gary E. Schnitzer, Esq. (NBN 395)
     Nicholas A. Colella (*pro hac vice*)           L. Renee Green, Esq. (NBN 12755)
14   1133 Penn Avenue, 5th Floor               Marta D. Dunning, Esq. (NBN 14728
15   Pittsburgh, PA 15222                           8985 S. Eastern Ave., Ste. 200
     *Attorneys for Co-Interim Counsel for Plaintiffs*  Las Vegas, NV 89123
16   *and the Class*                                and
                                                    Robert C. McBride, Esq. (NBN  7082)
17   STRAUSS BORRELLI PLLC                          Chelsea R. Hueth, Esq. (NBN 10904)
                                                    8329 W. Sunset Road, Suite 260
18    */s/  Raina C. Borrelli*                      Las Vegas, Nevada 89113
19   Raina C. Borrelli (*pro hac vice*)
     Brittany Resch (*pro hac vice*)
20   980 N. Michigan Avenue, Suite 1610             *Attorneys for Defendant*
     Chicago, IL 60611
21   *Attorneys for Plaintiff Sarah Jefferson*

22   LADAH LAW FIRM

23   */s/ Daniel C. Tetreault*
24   Daniel C. Tetreault, Esq. (NBN 11473)
     Ramzy P. Ladah (NBN 11405)
25   517 S. Third Street
     Las Vegas, NV 89101
26   *Attorneys for Plaintiff Alysia Wrenn*

27

28

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666