MARK J. BOURASSA, ESQ. (NBN 7999)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone:	(702) 851-2180
Facsimile:	(702) 851-2189
Email:		mbourassa@blgwins.com


NICHOLAS A. COLELLA (*pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone:	(412) 322-9243
Email:		nickc@lcllp.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE HANKINS PLASTIC SURGERY ASSOCIATES, P. C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES<br><br>This Document Relates to: All Actions | Case No.: 2:23-cv-00824-RFB-DJA<br><br>**MOTION FOR JENNIFER A. FORNETTI TO WITHDRAW AS COUNSEL AND FOR MARK J. BOURASSA TO SUBSTITUTE AS COUNSEL IN HER PLACE** |

Plaintiffs Jennifer Tausinga, Alysia Wrenn, Sarah Jefferson, and Caroline Aurora (collectively "Plaintiffs") on behalf of themselves and all other similarly situated, by and through co-interim counsel of record, Jennifer A. Fornetti of The Bourassa Law Group and Nicholas A. Colella of Lynch Carpenter LLP, hereby respectfully move this Court to substitute Mark J. Bourassa of The Bourassa Law Group in the place and instead of Jennifer A. Fornetti of The Bourassa Law Group as: (1) co-interim counsel of record [ECF No. 31]; (2) designation of resident attorney admitted to the bar of this court for Attorney Nicholas A. Colella [ECF No. 18]; (3) designation of resident attorney admitted to the bar of this court for Attorney Raina C. Borrelli [ECF No. 24]; and

designation of resident attorney admitted to the bar of this court for Attorney Brittany Resch [ECF No. 84].

On December 5, 2023, this Court appointed Jennifer A. Fornetti of The Bourassa Law Group and Nicholas A. Colella of Lynch Carpenter LLP as Interim Class Counsel. Ms. Fornetti's involvement with this matter is through her association with The Bourassa Law Group. As of October 3, 2025, Jennifer A. Fornetti will no longer be an attorney with The Bourassa Law Group.

As part of Jennifer A. Fornetti's departure from the firm, she consented to her removal as attorney on all cases currently represented by The Bourassa Law Group. Mark J. Bourassa has appeared as counsel and participated in this matter. The Bourassa Law Group therefore seeks to substitute Mark J. Bourassa in her place.

Mark J. Bourassa has been a licensed Nevada attorney for over 20 years. He received a JD degree cum laude from Pepperdine University School of Law in 2002. He was admitted to the State Bar of Nevada in 2002; State of California, 2004; State of Arizona, 2005. He was also admitted to the United States District Courts for Nevada, Arizona, Colorado, New Mexico, Central District of California, Southern District of California, and the Northern District of California. Mr. Bourassa is additionally admitted to the Ninth Circuit Court of Appeals and the United States Supreme Court.

The Bourassa Law Group has extensive experience with complex litigation, including both class actions and large joinder cases. The Firm has initiated several class action matters for violations of federal and state consumer protection and wage laws, as well as Nevada construction defect laws.

Mark J. Bourassa served as class counsel for nearly 800 class members in a class action construction defect case, *Weiss et al. v. Del Webb Communities, Inc. et al*., Clark County District Court Case No. A-09-605863-D.

Mark J. Bourassa was appointed and served as class counsel in a class action FDCPA case of nearly 4000 class members, *Schmidt v. Red Rock Fin. Servs., LLC*, District of Nevada Case No. 2:12-CV-01773-JCM.

///

///

Mark J. Bourassa has served as class counsel in employment matters, including; *Dulan, et. al. v. Jacob Trans. Servs., LLC*, District of Nevada Case No. 2:14- CV-01135-JAD, and in *Dubric v A Cab, LLC et. al.*, Clark County District Court Case No. A-15-721063-C.

In accordance with LR IA 11-6, this *Motion* has been served on all counsel of record and on Plaintiffs. Good cause exists for Ms. Fornetti's withdrawal because her withdrawal will not affect the interests of Plaintiffs, who continues to be represented by The Bourassa Law Group and Lynch Carpenter, LLP. Additionally, this motion will not result in the delay of discovery, the trial, or any hearing in the case.

WHEREFORE, for the foregoing reasons, The Bourassa Law Group, LLC, respectfully requests this Court grant this *Motion* and substitute Mark J. Bourassa of The Bourassa Law Group in the place and instead of Jennifer A. Fornetti of The Bourassa Law Group as: (1) co-interim counsel of record [ECF No. 31]; (2) designation of resident attorney admitted to the bar of this court for Attorney Nicholas A. Colella [ECF No. 18]; (3) designation of resident attorney admitted to the bar of this court for Attorney Raina C. Borrelli [ECF No. 24]; and designation of resident attorney admitted to the bar of this court for Attorney Brittany Resch [ECF No. 84].

Dated the 1st day of October 2025.

**THE BOURASSA LAW GROUP**

*/s/  Jennifer A. Fornetti*
MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102

NICHOLAS A. COLELLA (*pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

*Attorneys for Plaintiffs*

IT IS THEREFORE ORDERED that the motion (ECF No. 115) is GRANTED.
IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to remove attorney Jennifer A. Fornetti, Esq. as counsel of record in this action.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: October 7, 2025

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of The Bourassa Law Group, and that on this date I caused to be served a true copy of **MOTION FOR JENNIFER A. FORNETTI TO WITHDRAW AS COUNSEL AND FOR MARK J. BOURASSA TO SUBSTITUTE AS COUNSEL IN HER PLACE** on all parties to this action by the method(s) indicated below:

X by using the Court's CM/ECF Electronic Notification System addressed to:

    Gary E. Schnitzer, Esq.
    L. Renee Green, Esq.
    Marta D. Kurshumova, Esq.
    KRAVITZ SCHNITZER JOHNSON & WATSON, CTD.
    Email: gschnitzer@ksjattorneys.com
           rgreen@ksjattorneys.com
           mkurshumova@ksjattorneys.com

    Chelsea R. Hueth, Esq.
    Robert C. McBride, Esq.
    McBRIDE HALL
    Email: crhueth@mcbridehall.com
           rcmcbride@mcbridehall.com

*Attorneys for Defendant*

Dated the 1st day of October 2025.

                                          */s/ Alyssa Rust*
                                          Employee of The Bourassa Law Group