MARK J. BOURASSA, ESQ. (NBN 7999)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
Email: *mbourassa@blgwins.com*

NICHOLAS A. COLELLA (*pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Email: *nickc@lcllp.com*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE HANKINS PLASTIC SURGERY ASSOCIATES, P. C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES<br><br>This Document Relates to: All Actions | Case No.: 2:23-cv-00824-RFB-DJA<br><br>**MOTION FOR VALERIE S. CHRISTIAN TO WITHDRAW AS COUNSEL** |

Plaintiffs Jennifer Tausinga and Sarah Jefferson (collectively "Plaintiffs"), hereby respectfully move this Court to withdraw Valerie Christian of The Bourassa Law Group as counsel in this matter. Mrs. Christian's involvement with this matter was through her association with The Bourassa Law Group. As of September 18, 2025, Valerie S. Christian was no longer an attorney with The Bourassa Law Group.

As part of Valerie S. Christian's departure from the firm, she consented to her removal as attorney on all cases currently represented by The Bourassa Law Group. Mark J. Bourassa has previously appeared as counsel and continues to participate in this matter.

In accordance with LR IA 11-6, this *Motion* has been served on all counsel of record and on Plaintiffs. Good cause exists for Ms. Christian's withdrawal because her withdrawal will not affect the interests of Plaintiffs, who continues to be represented by The Bourassa Law Group and Lynch Carpenter, LLP. Additionally, this motion will not result in the delay of discovery, the trial, or any hearing in the case.

WHEREFORE, for the foregoing reasons, The Bourassa Law Group, LLC, respectfully requests this Court grant this *Motion* and grant Ms. Christian's withdrawal as counsel.

Dated the 24th day of October 2025.

**THE BOURASSA LAW GROUP**

*/s/  Mark J. Bourassa*
MARK J. BOURASSA, ESQ. (NBN 7999)
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102

NICHOLAS A. COLELLA (*pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

*Attorneys for Plaintiffs*

**IT IS SO ORDERED**.

DATED: 10/27/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of The Bourassa Law Group, and that on this date I caused to be served a true copy of **MOTION FOR VALERIE S. CHRISTIAN TO WITHDRAW AS COUNSEL** on all parties to this action by the method(s) indicated below:

X by using the Court's CM/ECF Electronic Notification System addressed to:

    Gary E. Schnitzer, Esq.
    L. Renee Green, Esq.
    Marta D. Kurshumova, Esq.
    KRAVITZ SCHNITZER JOHNSON & WATSON, CTD.
    Email: gschnitzer@ksjattorneys.com
           rgreen@ksjattorneys.com
           mkurshumova@ksjattorneys.com

    Chelsea R. Hueth, Esq.
    Robert C. McBride, Esq.
    McBRIDE HALL
    Email: crhueth@mcbridehall.com
           rcmcbride@mcbridehall.com

*Attorneys for Defendant*

Dated the 24th day of October 2025.

                                                  /s/ Alyssa Rust
                                                  Employee of The Bourassa Law Group