GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
MARTA D. DUNNING, ESQ.
Nevada Bar No. 14728
SCHNITZER JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada  89123
Telephone:      (702) 362-6666
Facsimile:      (702) 362-2203
gschnitzer@sjwlawfirm.com
rgreen@sjwlawfirm.com
mdunning@sjwlawfirm.com
*Attorneys for Defendant,*
*HANKINS PLASTIC SURGERY*
*ASSOCIATES, P.C. dba HANKINS*
*& SOHN PLASTIC SURGERY*
*ASSOCIATES*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES<br><br>This Document Relates to:  All Actions | Master File No. 2:23-cv-00824-RFB-DJA<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER DEADLINES FOR PHASE I (PRE-CERTIFICATION) OF DISCOVERY**<br><br> **(SECOND REQUEST)** |

Defendant Hankins & Sohn Plastic Surgery Associates, P.C. dba Hankins & Sohn Plastic Surgery Associates ("Defendant") by and through its counsel of record, SCHNITZER JOHNSON & WATSON, CHTD., Plaintiffs Caroline Aurora and Sarah Jefferson  (collectively "Plaintiffs") on behalf of themselves and all other similarly situated, by and through co-interim counsel of record, Mark Bourassa of The Bourassa Law Group and Nicholas A. Colella of Lynch Carpenter LLP and Plaintiffs' steering committee, Raina Borrelli of Strauss Borrelli PLLC, Ramzy Ladah of Ladah Law Firm, and additional Plaintiffs' counsel Clark Seegmiller and Jonathan B. Lee of Richard Harris Law Firm, hereby stipulate to continue the discovery deadlines and submit their Stipulation and Order to Modify the Scheduling Order Deadlines for Phase I (Pre-Certification) of Discovery pursuant to Local Rule 26-3, as follows:

1

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

## I.    DISCOVERY COMPLETED BY THE PARTIES

1.    On January 12, 2024, Plaintiffs, Jennifer Tausinga, Alysia Wrenn, and Olga Romashova served their First Set of Interrogatories, First Set of Requests for Production of Documents and Things, and First Request for Admissions to Defendant.

2.    On January 16, 2024, Plaintiffs, Jennifer Tausinga, Alysia Wrenn, and Olga Romashova served their Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1).

3.    On March 12, 2024, Defendant served its Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents and Things, and First Set of Request for Admissions.

4.    After the Court heard Defendant's Motion to Stay Discovery or Alternatively, to Bifurcate Discovery on April 9, 2024, Defendant Hankins Plastic Surgery Associates, P.C. served its Initial FRCP 26 List of Witnesses and Production of Documents on April 29, 2024.

5.    On July 12, 2024, Plaintiffs, Jennifer Tausinga, Alysia Wrenn, and Olga Romashova served their Second Set of Interrogatories and Second Set of Requests for Production of Documents and Things to Defendant.

6.    On July 29, 2024, Defendant served its First Supplemental List of Witnesses and Production of Documents Pursuant to FRCP 26 List of Witnesses and Production of Documents.

7.    On August 27, 2024, Defendant served its Reponses to Plaintiff's Second Set of Interrogatories and Request for Production of Documents and Things.

8.    On October 10, 2024, Defendant served its Second Supplemental List of Witnesses and Production of Documents Pursuant to FRCP 26 List of Witnesses and Production of Documents.

9.    On November 5, 2024, Defendant served its Third Supplemental List of Witnesses and Production of Documents Pursuant to FRCP 26 List of Witnesses and Production of Documents.

10.    On November 5, 2024, Defendant also served its First Supplemental Responses to Plaintiff's First Set of Request for Admissions, and Second Set of Interrogatories and Second Request for Production of Documents.

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

11. On January 7, 2025, Defendant served its First Supplemental Responses to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents and Things.

12. On January 7, 2025, Defendant also served its Second Supplemental Responses to Plaintiffs' Second Set of Interrogatories and Second Request for Production of Documents and Things.

13. On January 7, 2025, Defendant also served its Fourth Supplemental List of Witnesses and Production of Documents Pursuant to FRCP 26 List of Witnesses and Production of Documents.

14. On January 17, 2025, Defendant served its First Set of Interrogatories to Plaintiffs, Alysia Wrenn, Caroline Aurora, Tausinga, Olga Romashova, and Sarah Jefferson.

15. On February 14, 2025, Defendant served its Fifth Supplemental List of Witnesses and Production of Documents Pursuant to FRCP 26 List of Witnesses and Production of Documents.

16. On February 12, 2025, Defendant served its First Set of Request for Admissions and First Set of Request for Production of Documents to Plaintiffs, Alysia Wrenn, Caroline Aurora, Tausinga, Olga Romashova, and Sarah Jefferson.

17. On March 4, 2025, Plaintiffs, Alysia Wrenn, Caroline Aurora, Tausinga, Olga Romashova, and Sarah Jefferson served their Responses to Defendant's First Set of Interrogatories.

18. On March 10, 2025, Plaintiffs served their First Supplemental Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1).

19. On March 28, 2025, Plaintiffs Alysia Wrenn, Caroline Aurora, Tausinga, and Sarah Jefferson served their Responses to Defendant's First Set of Request for Admissions and First Set of Request for Production of Documents.

20. On March 28, 2025, Plaintiffs served their Second Supplemental Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1).

21. On April 14, 2025, Defendant served its Second Supplemental Responses to Plaintiffs' First Set of Interrogatories and First Set of Request for Production of Documents and Things.

22.     On September 24, 2025, served its Sixth Supplemental List of Witnesses and Production of Documents Pursuant to FRCP 26 List of Witnesses and Production of Documents.

## II.     DISCOVERY THAT REMAINS TO BE COMPLETED

The parties request that discovery be continued to allow all the parties to conduct Phase I discovery focused on information necessary for Plaintiffs' motion for class certification and Defendant's opposition thereto, including the "commonality, predominance, and typicality as it relates to Plaintiffs and [the] putative class members." "[W]hile discovery of certification issues during Phase I may overlap with issues related to the merits in Phase II, the parties agreed to limit their discovery in each Phase to the particular aims and subject matter of each respective Phase." ECF No. 48 at 4-5 (citing *Tyus v. Wendy's of Las Vegas, Inc.* , No. 214CV00729GMNVCF, 2017 WL 3026403, at *5 (D. Nev. July 17, 2017)). Plaintiffs also intend to take discovery related to CAFA jurisdiction, because, based on the discovery received to-date, it is possible this Court does not have jurisdiction over this action under the CAFA home state exception, 28 U.S.C. § 1332(d)(4)(B).  Defendant will evaluate the relevance of that discovery upon receipt.  To that end, the Parties intend to conduct additional written discovery, request and produce documents, and conduct depositions.

To the extent either party intends to rely on expert opinion in support of or in opposition to class certification, such experts will need to create reports and potentially be deposed.  Pursuant to Local Rule 1-1, the parties desire to conduct class expert discovery in a cost-efficient manner and with the Court's goal of limiting and phasing discovery.

## III.     REASONS WHY THE REMAINING DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME LIMIT OF THE EXISTING DEADLINE

The Parties have been unable to conduct discovery within the existing timeline because they have been engaged in prolonged settlement discussions that have not yet resolved all Plaintiffs' claims. The Parties have been diligent in moving discovery along.  The Parties have engaged in meet and confer efforts relating to the scope of certain subpoenas and whether Plaintiffs will participate in a forensic analysis.  Plaintiffs do not intend to conduct a forensic investigation of the impacted systems.  Defendant has not yet determined whether Defendant will conduct a forensic inspection of the impacted systems.  The Parties are also in the process of coordinating

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

dates for several depositions.  The Parties are not seeking this extension for the purpose of delay. Instead, the Parties need more time to conduct the necessary Phase I Discovery.

## IV.     ALTERNATIVE DISPUTE RESOLUTION

The Parties engaged in mediation with Gene Porter on September 24-25, 2025.  The mediation did not result a settlement of the class claims. No additional mediation is presently scheduled.  However, the Parties continue to discuss another mediation based upon information to be gathered through discovery.

## V.     PROPOSED SCHEDULE FOR COMPLETION OF PHASE I DISCOVERY

Based on the foregoing, the parties hereby stipulate and agree that the following scheduling deadlines be substituted for the deadlines contained in the Order Re: Joint Status Report and Scheduling Order (ECF No. 124):

| Event | Current Date | New Date |
|---|---|---|
| **Phase I Discovery Cutoff** | **May 28, 2026** | **September 30, 2026** |
| **Plaintiffs' Rule 26(a)(2) class certification expert disclosures** | **June 26, 2026** | **October 29, 2026** |
| **Defendant's Rule 26(a)(2) rebuttal class certification expert disclosures** | **August 26, 2026** | **December 29, 2026** |
| **Deadline for Motion for Class Certification** | **September 14, 2026** | **January 18, 2027** |
| **Deadline for Motions related to class certification experts** | **October 14, 2026** | **February 16, 2027** |

**IT IS SO STIPULATED.**

DATED this 22nd day of May, 2026.

DATED this 22nd day of May, 2026.

**THE BOURASSA LAW GROUP**

**SCHNITZER JOHNSON & WATSON, LTD.**

*/s/ Mark J. Bourassa*
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
2350 W Charleston Blvd, Suite 100
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*
*Jennifer Tausinga*

*/s/ Marta D. Dunning*_____
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
MARTA D. DUNNING, ESQ.
Nevada Bar No. 14728
*Attorneys for Defendant Hankins Plastic*
*Surgery Associates, P.C.*

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

DATED this 22nd day of May, 2026.

**STRAUSS BORRELLI LLP**

*/s/ Raina Borrelli*
RAINA BORRELLI, ESQ.
(Admitted *Pro Hac Vice*)
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
*Attorneys for Plaintiffs*

RAMZY P. LADAH
Nevada Bar No. 11405
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 11473
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*
*Alysia Wrenn*

CLARK SEEGMILLER, ESQ.
Nevada Bar No. 3873
JONATHAN B. LEE, ESQ.
Nevada Bar No. 13524
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*
*Caroline Aurora*

NICHOLAS A. COLELLA
Admitted *Pro Hac Vice*
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
*Attorneys for Plaintiff*
*Jennifer Tausinga*

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: _5/27/2026_____

6