GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
MARTA D. DUNNING, ESQ.
Nevada Bar No. 14728
SCHNITZER JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada  89123
Telephone:     (702) 362-6666
Facsimile:      (702) 362-2203
gschnitzer@sjwlawfirm.com
rgreen@sjwlawfirm.com
mdunning@sjwlawfirm.com
*Attorneys for Defendant,*
*HANKINS PLASTIC SURGERY*
*ASSOCIATES, P.C. dba HANKINS*
*& SOHN PLASTIC SURGERY*
*ASSOCIATES*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE HANKINS PLASTIC SURGERY ASSOCIATES, P.C. dba HANKINS & SOHN PLASTIC SURGERY ASSOCIATES<br><br>This Document Relates to:  All Actions | Master File No. 2:23-cv-00824-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES** |

Defendant Hankins & Sohn Plastic Surgery Associates, P.C. dba Hankins & Sohn Plastic Surgery Associates ("Defendant") by and through its counsel of record, SCHNITZER JOHNSON & WATSON, CHTD., Plaintiffs Caroline Aurora and Sarah Jefferson  (collectively "Plaintiffs") on behalf of themselves and all other similarly situated, by and through co-interim counsel of record, Mark Bourassa of The Bourassa Law Group and Nicholas A. Colella of Lynch Carpenter LLP and Plaintiffs' steering committee, Raina Borrelli of Strauss Borrelli PLLC, Ramzy Ladah of Ladah Law Firm, and additional Plaintiffs' counsel Clark Seegmiller and Jonathan B. Lee of Richard Harris Law Firm, agree as follows:

1.      Plaintiffs filed a Motion to Strike fifty (50) of Defendant's fifty-seven (57) affirmative defenses [ECF No. 133] (the "Motion").

2.      Defendant's Opposition to Plaintiffs' Motion is currently due June 4, 2026.

1

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

3.     Based upon the complexity and depth of the Motion, Defendant requires additional time to respond to Plaintiffs' Motion to Strike Defendant's Affirmative Defenses.

4.     The parties stipulate and agree to extend the time for Defendant to respond to Plaintiffs' Motion from June 4, 2026 to June 11, 2026.

**IT IS HEREBY STIPULATED.**

DATED this 2nd day of June, 2026.

DATED this 2nd day of June, 2026.

**THE BOURASSA LAW GROUP**

**SCHNITZER JOHNSON & WATSON, LTD.**

*/s/ Mark J. Bourassa Esq.*
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
2350 W Charleston Blvd, Suite 100
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*
*Jennifer Tausinga*

*/s/ Gary E. Schnitzer, Esq.*
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
MARTA D. DUNNING, ESQ.
Nevada Bar No. 14728
*Attorneys for Defendant Hankins Plastic*
*Surgery Associates, P.C.*

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

RAINA BORRELLI, ESQ.
(Admitted *Pro Hac Vice*)
**STRAUSS BORRELLI**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
*Attorneys for Plaintiffs*

RAMZY P. LADAH
Nevada Bar No. 11405
DANIEL C. TETREAULT, ESQ.
Nevada Bar No. 11473
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*
*Alysia Wrenn*

CLARK SEEGMILLER, ESQ.
Nevada Bar No. 3873
JONATHAN B. LEE, ESQ.
Nevada Bar No. 13524
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*
*Caroline Aurora*

NICHOLAS A. COLELLA
Admitted *Pro Hac Vice*
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
*Attorneys for Plaintiff*
*Jennifer Tausinga*

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: __6/3/2026_____

3